# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 2, 2021

Bridget M. McCormack,
Chief Justice

161634

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

WALI ABDULLAH AHMAD,
    Defendant-Appellant.

SC: 161634
COA: 353572
Muskegon CC: 18-006437-FH
                18-006439-FH

_____/

    On order of the Court, the application for leave to appeal the May 28, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



    I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 2, 2021



Clerk

t0222